UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WANDA CEPEDA,<br><br>Defendant. | Case No. 2:17-mj-00767-PAL-2<br><br>**ORDER**<br><br>(Emerg. Mot. – ECF No. 19) |

This matter is before the court on Defendant Wanda Cepeda's Emergency Motion for Video Conference of Arraignment or Alternatively, Round Trip Expenses to Travel to Texas Court for Indigent Defendant (ECF No. 19), filed August 16, 2017.

A federal grand jury in the Southern District of Texas returned an Indictment on March 21, 2017, charging Ms. Cepeda with (1) mail fraud in violation of 18 U.S.C. § 1341 and § 1349; and (2) fraud and misuse of visas, permits, and other documents in violation of 18 U.S.C. § 1546(a) and § 2. *See* Sealed Rule 5(c)(3) Documents (ECF No. 13). On July 20, 2017, Cepeda made an initial appearance in a Rule 5(c)(3) proceeding in this district and was appointed counsel to represent her. *See* Minutes of Proceedings (ECF No. 9). Ms. Cepeda was released on a personal recognizance bond with special conditions. *Id.*; Appearance Bond (ECF No. 12). She was ordered to appear as required in the district of prosecution: the Southern District of Texas, McAllen Division. *See* Order (ECF No. 15).

The Motion asks the court to approve round trip travel expenses for Ms. Cepeda to travel to McAllen, Texas, for her arraignment on August 22, 2017, or alternatively, to allow her to appear in court by video conference. The motion states that lthough Cepeda was released from custody after the Rule 5 hearing, she has no way of traveling at this time. Counsel has been unable to secure transportation for Ms. Cepeda through any federal agency. The Motion also notes that Cepeda is indigent.

1

When an indigent defendant is released on a condition of his or her subsequent court appearance, a judge may

> when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation *to the place where his appearance is required*….

18 U.S.C. § 4285. This statute only authorizes payment of one-way travel to a court appearance. It does not provide judicial authority for costs of return travel back to his or her residence. *See e.g. United States v. Gonzales*, 684 F. Supp. 838, 841 (D. Vt. 1988) ("There is no authority to pay for defendant's return to [home] after the court proceeding."); *United States v. Sandoval*, 812 F. Supp. 1156, 1157 (D. Kan. 1993); *United States v. Ibarra*, No. 13-cr-3170-GPC, 2014 WL 4352063 (S.D. Cal. Sept. 2, 2014); *United States v. Centeno*, No. 09-cr-3120-MJL, 2009 WL 3334144 (S.D. Cal. Oct. 15, 2009).

The court finds after appropriate inquiry and good cause shown, that Ms. Cepeda is financially unable to provide the necessary transportation from Las Vegas, Nevada, to McAllen, Texas, where her appearance is required for an arraignment on August 22, 2017. *See* Sealed Financial Affidavit (ECF No. 1). The court finds that the interests of justice would be served by requiring the United States Marshal for the District of Nevada provide defendant with funding or arrange for one-way, non-custodial transportation from Las Vegas to McAllen. The defendant's request for travel arrangements for a return trip to Las Vegas, Nevada, is denied.

The request for video conferencing must be directed to the magistrate judge who will preside over the arraignment in the Southern District of Texas, McAllen Division. *See* Fed. R. Crim. P. 10.

Accordingly,

**IT IS ORDERED:**

1. Defendant Wanda Cepeda's Emergency Motion (ECF No. 19) is GRANTED, but only to the extent of one-way transportation.

///

2. The United States Marshals Service shall provide defendant with funds or arrange for one-way, non-custodial transportation from Las Vegas, Nevada, to McAllen, Texas, for the purpose of attending her arraignment on August 22, 2017.

Dated this 17th day of August, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE